People of the State of Illinois, defendant in error, v. Al Johnson and Max Johnson, plaintiffs in error. Gen. No. 40,055.

Opinion filed October 10, 1938. Rehearing denied October 24, 1938.

Wm. Scott Stewart, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and Richard B. Austin, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Elmer Spencer, plaintiff in error. Gen. No. 40,328.

Opinion filed October 10, 1938.

Ray E. Lane, for plaintiff in error. Otto Kerner, Attorney General, for defendant in error; A. B. Dennis, Assistant Attorney General, Thomas J. Courtney, State's Attorney, Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin Starkel Rembe, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

David H. Lentz and Robert J. Joutras, appellees, v. Miller Rubber Products Company, appellant. Woodlawn Service Company, appellant. Gen. No. 39,500.

Opinion filed October 10, 1938. Rehearing denied October 24, 1938.

F. C. Leslie and Russell, Murphy, Curran & Pearson, for appellants; Walter Wm. Pearson and W. H. Meyer, of counsel. Lederer, Livingston, Kahn, Adler & Adsit, for appellees; Archie H. Siegel, of counsel.

Mr. Justice Matchett delivered the opinion of the court.